IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01664-RBJ-MJW

EUGENE WIDEMAN JR.,

Plaintiff,

v.

STATE OF COLORADO,

Defendant.

## ORDER SETTING STATUS CONFERENCE
## FOR PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge R. Brooke Jackson on August 6, 2015.  (Docket No. 4).

**IT IS HEREBY ORDERED** that plaintiff shall forthwith serve the defendant and file proof of service.

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> September 2, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED

<u>AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

**IT IS FURTHER ORDERED** that the Plaintiff shall appear in person. **Failure to so appear may result in the issuance of sanctions which could include a recommendation to Judge Jackson that this action be dismissed for failure to prosecute and failure to comply with court orders.**

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 11th day of August, 2015.

BY THE COURT:

<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge