IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01664-RBJ-MJW

EUGENE WIDEMAN JR.,

Plaintiff,

v.

STATE OF COLORADO,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the defendant's Unopposed Motion to Stay Proceedings Pending Resolution of Motion to Dismiss (Docket No. 12) is granted. According, the Scheduling Conference set for September 24, 2015, at 10:30 a.m. is VACATED.  In addition, all other proceedings in this matter are stayed until after a final ruling on the State of Colorado's Motion to Dismiss (Docket No. 10).

Date: September 16, 2015